FILED
CLERK U.S DISTRICT COURT

NOV - 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEDRICK LOCKRIDGE,<br><br>            Petitioner,<br><br>            v.<br><br>WARDEN,<br><br>            Respondent. | Case No. CV 16-7738 RGK (MRW)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    The Court dismisses Petitioner's defective state habeas action for failing to file an appropriate habeas petition.

* * *

    Petitioner, an inmate in state prison, filed a request "for an extension of time to file brief." (Docket # 1.) The remainder of his submission indicates that the California Supreme Court denied relief recently in state habeas action.

    Petitioner does not have an active habeas petition on file in this federal court. Indeed, his filing is apparently an attempt to extend the deadline to file a future habeas petition challenging his state court criminal conviction. Petitioner's

submission is not accompanied by any information regarding his criminal case or the claims of error he wishes to assert on habeas review.

This procedure does not comply with the rules of this Court, so the Court must dismiss Petitioner's action. A state prisoner must begin his case by filing a petition for a writ of habeas corpus. Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts expressly requires that a state prisoner commence a habeas action by using a standard form prepared by the Court. In our district, prisoners must complete Form CV-69. That form provides the Court with basic information about the petitioner, his conviction, the prior status of his case in state and federal court, and, most importantly, the federal constitutional claims he wishes to pursue here.

Petitioner's request for an extension to file his federal habeas petition – in the absence of a properly filed petition – is inadequate and premature. If he files an action after the statutory deadline, Petitioner may be entitled to request equitable tolling of the limitations period. However, at this stage, the Court cannot extend the habeas filing period in the manner that Petitioner requests.

Therefore, the Court DISMISSES the action without prejudice. For Petitioner's convenience, the Court directs the Clerk to send him a blank Form CV-69 with a copy of this Order.

IT IS SO ORDERED.

Dated: NOV 4 2016

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2